IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dillon, Deborah A | Case Number: 07 B 07134 |
|---|---|---|
| | | Judge: Hollis, Pamela S |
| | Printed: 1/29/08 | Filed: 4/20/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: November 5, 2007
Confirmed: None

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 1,050.00 |  |
| Secured: |  | 108.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 885.30 |
| Trustee Fee: |  | 56.70 |
| Other Funds: |  | 0.00 |
| Totals: | 1,050.00 | 1,050.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert V Schaller | Administrative | 2,782.00 | 885.30 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | Chase Bank | Secured | 0.00 | 0.00 |
| 4. | DaimlerChrysler Servs North America | Secured | 1,050.00 | 108.00 |
| 5. | GMAC Mortgage Corporation | Secured | 32,805.99 | 0.00 |
| 6. | Commonwealth Edison | Unsecured | 20.76 | 0.00 |
| 7. | Chase Bank | Unsecured | 46.79 | 0.00 |
| 8. | Cook County Collector | Secured | | No Claim Filed |
| 9. | Omnium Worldwide | Unsecured | | No Claim Filed |
| 10. | Allstate | Unsecured | | No Claim Filed |
| 11. | Hiskes Dillner O'Donnell Marovic | Unsecured | | No Claim Filed |
| 12. | Ingalls Memorial Hospital | Unsecured | | No Claim Filed |
| 13. | University of Illinois | Unsecured | | No Claim Filed |
| 14. | St Margaret Mercy Hospital | Unsecured | | No Claim Filed |
| 15. | SBC | Unsecured | | No Claim Filed |
| 16. | University of Illinois | Unsecured | | No Claim Filed |
| 17. | Nicor Gas | Unsecured | | No Claim Filed |
| | | | _____ | _____ |
| | | | $ 36,705.54 | $ 993.30 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 56.70 |
| | _____ |
| | $ 56.70 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:**  Dillon, Deborah A | Case Number:  07 B 07134 |
| | Judge:  Hollis, Pamela S |
| Printed:  1/29/08 | Filed:  4/20/07 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

